IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.

LINDA MBIMADONG,
   *Defendant.*

Case No. 1:21-cr-98-TSE-1

## MOTION TO WITHDRAW AS COUNSEL

Counsel Andrew Criado, who entered an appearance for defendant Linda Mbimadong, moves to withdraw as counsel under Local Criminal Rule 57.4(G). The grounds for the motion are as follows:

1. Undersigned counsel Andrew Criado has left the firm of Robinson Law, and other attorneys at Robinson Law have taken over his cases. Counsel's intent was to appear for this sentencing on January 7, but the necessary continuance of that hearing prevented that. Attorney Meredith Ralls of Robinson Law is taking over this case from Mr. Criado, and she has entered her appearance in this matter.

2. Under Local Criminal Rule 57.4(G), counsel states that he has informed Ms. Mbimadong of this transition of counsel, and she thus has received reasonable notice.

## Conclusion

For these reasons, counsel prays that the motion to withdraw be granted.

Respectfully submitted,

__/s/ Andrew S. Criado_____
Andrew S. Criado (VSB #76634)
Robinson Law, PLLC
10486 Armstrong Street, Fairfax, Virginia 22030
(703) 542-4008 Office
(703) 201-1162 Direct
800-783-4389 Facsimile
ASC@LawyerUpVirginia.com
*Counsel for Defendant*

## Certificate of Service

I hereby certify that on February 3, 2022, I caused a copy of the foregoing memorandum to be filed with the Clerk of Court using the CM/ECF system, which will automatically generate a Notice of Electronic Filing (NEF) to all counsel of record.


__/s/ Andrew S. Criado_____
Andrew S. Criado